

# Fourth Court of Appeals
## San Antonio, Texas

October 19, 2016

No. 04-16-00534-CR

Curtis Scott **CRENWELGE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A12121
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Court reporter Dandy Middleton's motion for extension of time to file the record is granted. We order the record due November 14, 2016.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of October, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court